UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN WALL,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>HRHH HOTEL/CASINO, LLC, d/b/a HARD ROCK HOTEL AND CASINO, et al.<br><br>　　　　Defendant(s). | 2:13-cv-2192-GMN-NJK<br><br>ORDER |

  This matter is before the Court on the parties' respective Discovery Plan and Scheduling Order, each of which was filed April 11, 2014. *See* Docket Nos. 19, 20. The parties were not required to file an additional Discovery Plan and Scheduling Order. Nevertheless, the Court notes that the parties' Discovery Plan and Scheduling Orders each misstate Local Rule 26-4, in that they provide that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off date. *See* Docket No. 19, at 4; Docket No. 20, at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than April 22, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: April 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Leslie Mark Stovall, Jared B. Anderson, Lew Brandon, Jr., and Justin W. Smerber.